Eusebius J. Biggs, Individually and as the Assignee of the E. J. Biggs Construction Co., Plaintiff-Appellant, v. Walter Spader et al., Defendants-Appellees.

Gen. No. 47,669.

First District, Second Division.

May 19, 1959.

Rehearing denied September 29, 1959.

Released for publication September 29, 1959.

E. J. Biggs, Pro se, appellant; Morgan, Halligan & Lanoff, of Chicago (Donald T. Morrison, Jr., of counsel), for appellees. Opinion by JUSTICE KILEY. Not to be published in full.